# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN STERLING BANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 05-687-CV-W-FJG ) |
| MILLENNIUM GATE FOUNDATION, d/b/a AMERICAN URBAN DESIGN FOUNDATION, AMERICAN GATE FOUNDATION, and AMERICAN URBAN DESIGN FOUNDATION, INC. | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

On August 18, 2005, Defendants Millennium Gate Foundation Inc. and American Urban Design Foundation, Inc. filed a Notice of Bankruptcy Filing (Doc. #4), stating that they had filed a petition for relief under Chapter 7 in the United States Bankruptcy Court for the Northern District of Georgia. Defendants suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

Accordingly, the Court hereby **ORDERS** that the above captioned matter is stayed until further order of this Court. The parties shall file a joint report on or before November 1, 2005, outlining the status of this case.


Date: September 7, 2005  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
  United States District Judge